ministratrix, etc., against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

RIGAS, Respondent, v. LIVINGSTON, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Peter Rigas against George Livingston. G. A. Rogers, for appellant. M. Greenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROGERS, Appellant, v. MAYOR, ETC., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by John C. Rogers against the mayor, etc. L. L. Kellogg, for appellant. C. Mellen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCANLON, Respondent, v. VILLAGE OF WEEDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by John Scanlon against the village of Weedsport.

PER CURIAM. Motion to amend questions heretofore certified to the Court of Appeals herein granted, by striking out the second question as certified and inserting in place thereof the following: "(2) Was the trial court justified in submitting to the jury the question whether the plaintiff slipped and fell upon a ridge of ice that had existed for some time, or upon any new ice that may have formed shortly before the accident?"

SCHREYER, Respondent, v. J. S. BAILEY & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Charles M. Schreyer against J. S. Bailey & Co. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCOFIELD. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) In the matter of the application of Edwin L. Scofield for admission to the bar. No opinion. Application granted.

SCOULLER, Respondent, v. EGAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by William N. Scouller against George N. Egan and Joseph Andrews, trading as G. M. Egan & Co. No opinion. Judgment unanimously affirmed, with costs.

SEARS, Respondent, v. FLINT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Richard F. Sears against Charles R. Flint and others. No opinion. Reargument ordered for Tuesday, September 29, 1903.

SEARS, Respondent, v. FLINT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Richard F. Sears against Charles R. Flint and others. No opinion. Appeal transferred to the First Department.

SEXTON, Respondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Mary Sexton, as administratrix, against the Onward Construction Company. M. K. Flagg, for appellant. T. D. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SHARP, Respondent, v. SEAGRIST, JR., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Bolling R. Sharp against Francis W. Seagrist, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SILKMAN. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) In the matter of Theodore H. Silkman. No opinion. Reargument ordered for Monday, October 5, 1903, on the question whether aliens are to be excluded in estimating the population of the county of Westchester for the purpose of this proceeding.

SKILETON, Respondent, v. CODDINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Raphael M. Skileton against Charles S. Coddington. No opinion. Motion for leave to answer granted.

SKINNER, Respondent, v. ROSENBERGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Palmer Skinner against Matilda L. Rosenberger. No opinion. Motion granted, with $10 costs, unless the appellant within 20 days files and serves the printed papers herein and pays $10 costs of this motion, in which event the motion is denied.

SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Margaret Smith against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.

SMITH, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Charles H. Smith against the Erie Railroad Company. No opinion. Judgment and order of the County Court of Orange county reversed, and new trial ordered, costs to abide the event, on the ground that the Code of Civil Procedure gave jurisdiction of the case and the general appearance therein gave jurisdiction of the person.

SMITH v. HESLIN et al. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by William C. Smith against James R. Heslin and others. No opinion. Judgment and order affirmed, with costs.

SMITH v. HESLIN et al. (Supreme Court, Appellate Division, Third Department. Sep-